IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM RENEA COLLINS,                      )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )   CIV. ACT. NO.  2:13cv348-WKW-TFM
                                            )              (WO)
LOWNDES COUNTY SHERIFF'S                     )
OFFICE,                                     )
                                            )
        Defendant.                          )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a 42 U.S.C. § 1983 action in which Plaintiff William Renea Collins

contends that his constitutional rights were violated during the course of an arrest.

Plaintiff names the Lowndes County Sheriff's Office as a defendant in this case.

Upon review of the Complaint, the court concludes that dismissal of this case prior to

service of process is appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

## DISCUSSION

The Lowndes County Sheriff's Office "is not a legal entity and, therefore, is not

subject to suit or liability under section 1983." *Dean v. Barber*, 951 F.2d 1210, 1214

(11th Cir. 1992).  In light of the foregoing, the court concludes that Plaintiff's claims

against the Lowndes County Sheriff's Office are due to be dismissed as frivolous under

28 U.S.C. § 1915(e)(2)(B)(i).

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

It is further

ORDERED that the parties may file any objections to the Recommendation on or before **June 12, 2013**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc*., 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit Court of Appeals handed down prior to the close of business on September 30, 1981.

Done this 28th day of May, 2013.


      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE